UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: 01-184-01 |
| v. | : | O R D E R |
| ANN B. MARK, | : | |

The defendant has filed a motion seeking an early termination of Probation,

It is on the day 10th of MARCH, 2010

ORDERED that defendant's motion for an early termination of Probation is hereby denied.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR. USCJ.*

*sitting by designation